IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN KERR DICKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-384 -C |
| ) | |
| WARDEN, FTC, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on April 11, 2012, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge and no point would be served in repeating that analysis. In his objection, Plaintiff essentially argues that he should be given an opportunity to amend rather than suffer dismissal. However, the facts he reurges are still insufficient to state a claim. Additionally, he has no "right to press charges," whether inside prison or not, as that is a decision left to the prosecutor, not the victim. In short, Plaintiff raises no issue of law or fact that was not fairly addressed and correctly decided by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's Complaint is dismissed. A judgment shall enter accordingly.

IT IS SO ORDERED this 15th day of May, 2012.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge